UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                          §
                                                §
HITIRIS, EVANGELOS                              §       Case No. 11-23473
                                                §
            Debtor(s)                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/23/2013 in Courtroom 642,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Kenneth S. Gardner_____
                                              Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HITIRIS, EVANGELOS § Case No. 11-23473
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,021.75 |
| and approved disbursements of | $ | 1,638.74 |
| leaving a balance on hand of[1] | $ | 8,383.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,593.41 | $ 0.00 | $ 1,593.41 |
| Trustee Expenses: Phillip D. Levey | $ 18.56 | $ 0.00 | $ 18.56 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,611.97 |
| Remaining Balance | | $ | 6,771.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,390.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ 7,965.41 | $ 441.20 | $ 1,442.45 |
| 000002 | Wells Fargo Bank, N.A. | $ 5,952.06 | $ 329.68 | $ 1,077.86 |
| 000003 | Wells Fargo Bank, N.A. | $ 3,661.88 | $ 202.83 | $ 663.13 |
| 000004 | Midland Credit Management, Inc. | $ 12,740.29 | $ 705.68 | $ 2,307.13 |
| 000006 | Afni, Inc. | $ 490.96 | $ 27.19 | $ 88.91 |
| 000007 | Northern Leasing Systems Inc | $ 1,050.00 | $ 58.16 | $ 190.14 |
| 000008 | Armor Systems Co | $ 57.60 | $ 3.19 | $ 10.43 |
| 000009 | Capital One Bank (USA), N.A. | $ 2,982.31 | $ 165.19 | $ 540.06 |
| 000010 | American Express Centurion Bank | $ 29.06 | $ 1.61 | $ 5.26 |
| 000011 | Portfolio Recovery Associates, LLC | $ 2,461.00 | $ 136.31 | $ 445.67 |

Total to be paid to timely general unsecured creditors       $       6,771.04

Remaining Balance                                              $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                  Case No. 11-23473-ABG
Evangelos Hitiris                                                       Chapter 7
     Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann              Page 1 of 2            Date Rcvd: Nov 27, 2013
                              Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2013.
db           +Evangelos Hitiris,    6964 N Central,    Chicago, IL 60646-1502
17514517      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17363527     +Amex,    c/o Beckett & Lee,    Po Box 3001,    Malvern, PA 19355-0701
17363529    ++CAPITAL ONE,     PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
              Norcross, GA 30091)
17363530    ++CHASE CARD SERVICES,     201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Chase,    Po Box 1093,    Northridge, CA 91328)
17363532    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,    Citicard Credit Srvs/Centralized Bankrup,
              Po Box 20507,    Kansas City, MO 64195)
17490548      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
17363531     +Chrysler Credit,    Po Box 9218,    Farmington Hills, MI 48333-9218
18343479     +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
              Mail Code LA4-555,    700 Kansas Lane,    Monroe, LA 71203-4774
17363535     +Northern Leasing Systems Inc,    132 West 31st Street 14th floor,    New York, NY 10001-3405
17363536      Ntl Recovery,    11000 Central Ave,    Blaine, MN 55434
17765635    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
              c/o Citibank (South Dakota), N.A.,    PO Box 41067,    Norfolk VA 23541)
17363538     +Sears/cbsd,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
              Kansas City, MO 64195-0507
17429666     +TD Auto Finance LLC,    Fka Chrysler Financial Services Americas,    c/o Kathryn A Klein,
              7700 Bonhomme, 7th Floor,    St Louis, MO 63105-1960
17404487     +TD Auto Finance LLC f/k/a Chrysler Financial,    c/o Riezman Berger, PC,
              7700 Bonhomme, 7th Floor,    St Louis, MO 63105-1960
17394382     +Wells Fargo Bank, N.A.,    4137 121st Street,    Urbandale, IA 50323-2310
17363539     +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbendale, IA 50323-2310
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17435662     +E-mail/PDF: recoverybankruptcy@afninet.com Nov 28 2013 02:27:59      Afni, Inc.,    PO Box 3667,
              Bloomington, IL 61702-3667
17363528     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Nov 28 2013 02:11:29      Armor Systems Co,    1700 Kiefer Dr,
              Suite 1,    Zion, IL 60099-5105
17668855      E-mail/Text: cio.bncmail@irs.gov Nov 28 2013 02:09:15      Department of the Treasury,
              Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
17363533     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2013 02:09:52      Midland Credit Management,
              Po Box 939019,    San Diego, CA 92193-9019
17395274     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2013 02:09:52      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17363534     +E-mail/Text: bnc@nordstrom.com Nov 28 2013 02:09:10      Nordstrom FSB,
              Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
17377927     +E-mail/Text: bnc@nordstrom.com Nov 28 2013 02:09:10      Nordstrom fsb,    P.O. Box 6566,
              Englewood, CO 80155-6566
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17363537      Peoples Gas,    Must call local office or 877-832-6747
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: pseamann            Page 2 of 2             Date Rcvd: Nov 27, 2013
                              Form ID: pdf006           Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
              Anthony   Olivadoti    on behalf of Trustee Marilyn O Marshall courtdocs@chi13.com
              Charles H Shepard    on behalf of Debtor Evangelos   Hitiris cshepard@ymail.com,
               cshepard@therogerslawgroup.com
              Diane Brazen Gordon    on behalf of Debtor Evangelos   Hitiris diane@brazengordon.com,
               dgordon33@hotmail.com
              Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC  f/k/a Chrysler Financial Services
               Americas, L.L.C. iln@riezmanberger.com
              Maria  Georgopoulos    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ   on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com
              Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
              Rachael A Stokas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ND-Two@il.cslegal.com
                                                                                             TOTAL: 9
```