UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
HITIRIS, EVANGELOS                    §     Case No. 11-23473
                                      §
                                      §
          Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___, and it was converted to chapter 7 on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Phillip D. Levey_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HITIRIS, EVANGELOS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 1093 Northridge, CA 91328 |  |  |  |  |  |
|  | Chrysler Credit Po Box 9218 Farmington Hills, MI 48333 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex c/o Beckett & Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Citibank Usa Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Nordstrom FSB Attention: Bankruptcy Department Po Box 6566 Englewood, CO 80155 | | | | | |
| | Northern Leasing Systems 132 West 31st. Street New York, NY 10001 | | | | | |
| | Ntl Recovery 11000 Central Ave Blaine, MN 55434 | | | | | |
| | Peoples Gas Must call local office or 877-832-6747 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbendale, IA 50323 | | | | | |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbendale, IA 50323 | | | | | |
| 000006 | AFNI, INC. | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000008 | ARMOR SYSTEMS CO | | | | | |
| 000009 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000001 | NORDSTROM FSB | | | | | |
| 000007 | NORTHERN LEASING SYSTEMS INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000002 | WELLS FARGO BANK, N.A. | | | | | |
| 000003 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-23473 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | HITIRIS, EVANGELOS | Date Filed (f) or Converted (c): | 01/27/12 (c) |
| | | 341(a) Meeting Date: | 03/02/12 |
| For Period Ending: | 11/08/13 | Claims Bar Date: | 06/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home located at 6964 N Central, Chic | 275,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with TCF Bank | 2,325.25 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Checking account with Credit Union | 393.55 | 218.80 | | 219.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Miscellaneous used wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Firearms | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Term Life Insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401k through employer | 130,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 2008 Jeep Commander with appx 50,000 miles, value | 19,850.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 2011 Income Tax Refund | 7,000.00 | 7,765.75 | | 7,765.75 | FA |
| 11. Holiday Reimbursement | 1,353.60 | 449.37 | | 2,037.00 | FA |
| Debtor Claimed Exemption | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $439,922.40    $8,433.92        $10,021.75    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-23473   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
| Case Name: | HITIRIS, EVANGELOS | Date Filed (f) or Converted (c): | 01/27/12 (c) |
| | | 341(a) Meeting Date: | 03/02/12 |
| | | Claims Bar Date: | 06/18/12 |

Initial Projected Date of Final Report (TFR): 09/30/13    Current Projected Date of Final Report (TFR): 09/30/13

LFORM1    Ver: 17.03a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-23473 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | HITIRIS, EVANGELOS | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3075 Checking |
| Taxpayer ID No: | *******1836 | | |
| For Period Ending: | 04/12/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | 10 | Evangelos Hitiris<br>6964 N Central Ave<br>Chicago, IL 60646 | Turnover of Income Tax Refunds | 1124-000 | 4,500.00 | | 4,500.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,490.00 |
| 03/06/13 | * NOTE * | Evangelos Hitiris | Installment re income tax refund/pa<br>* NOTE * Properties 3, 10, 11 | 1124-000 | 4,000.00 | | 8,490.00 |
| 03/07/13 | 010001 | International Sureties, Ltd.<br>701 Poydras St.<br>New Orleans, LA 70139 | Trustee's Bond<br>Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 7.15 | 8,482.85 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,472.85 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.64 | 8,461.21 |
| 04/28/13 | 10 | Evangelos Hitiris | Tax Refund | 1124-000 | 1,521.75 | | 9,982.96 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.32 | 9,970.64 |
| 11/08/13 | 010002 | HITIRIS, EVANGELOS<br>6964 N CENTRAL<br>CHICAGO, IL 60646 | Payment of Exemption<br>Payment of Holiday wages claimed exempt pursuant to Amended Schedule C filed June 13, 2013. | 8100-000 | | 1,587.63 | 8,383.01 |
| 01/03/14 | 010003 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,593.41 | 6,789.60 |
| 01/03/14 | 010004 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 18.56 | 6,771.04 |
| 01/03/14 | 010005 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Claim 000001, Payment 18.10892% | 7100-000 | | 1,442.45 | 5,328.59 |
| 01/03/14 | 010006 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | Claim 000002, Payment 18.10902%<br>(2-1) unsecured claim | 7100-000 | | 1,077.86 | 4,250.73 |

Page Subtotals  10,021.75  5,771.02

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-23473 -ABG | Trustee Name: | Phillip D. Levey |
| Case Name: | HITIRIS, EVANGELOS | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3075 Checking |
| Taxpayer ID No: | *******1836 | | |
| For Period Ending: | 04/12/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/03/14 | 010007 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | Claim 000003, Payment 18.10900%<br>(3-1) unsecured claim | 7100-000 | | 663.13 | 3,587.60 |
| 01/03/14 | 010008 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000004, Payment 18.10893% | 7100-000 | | 2,307.13 | 1,280.47 |
| 01/03/14 | 010009 | Afni, Inc.<br>PO Box 3667<br>Bloomington, IL 61702 | Claim 000006, Payment 18.10942% | 7100-000 | | 88.91 | 1,191.56 |
| 01/03/14 | 010010 | Northern Leasing Systems Inc<br>132 West 31st Street 14th floor<br>New York, NY 10001 | Claim 000007, Payment 18.10857% | 7100-000 | | 190.14 | 1,001.42 |
| 01/03/14 | 010011 | Armor Systems Co<br>1700 Kiefer Dr<br>Suite 1<br>Zion, IL 60099 | Claim 000008, Payment 18.10764% | 7100-000 | | 10.43 | 990.99 |
| 01/03/14 | 010012 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000009, Payment 18.10878% | 7100-000 | | 540.06 | 450.93 |
| 01/03/14 | 010013 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 18.10048%<br>(10-1) CREDIT CARD DEBT | 7100-000 | | 5.26 | 445.67 |
| 01/03/14 | 010014 | Portfolio Recovery Associates, LLC<br>c/o Citibank (South Dakota), N.A.<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000011, Payment 18.10931% | 7100-000 | | 445.67 | 0.00 |

Page Subtotals    0.00    4,250.73

Ver: 17.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 12)

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-23473 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | HITIRIS, EVANGELOS | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3075  Checking |
| Taxpayer ID No: | *******1836 | | | |
| For Period Ending: | 04/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,021.75 | 10,021.75 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,021.75 | 10,021.75 | |
| Less:  Payments to Debtors | | 1,587.63 | |
| Net | 10,021.75 | 8,434.12 | |
| | | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking - ********3075 | 10,021.75 | 8,434.12 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,021.75 | 8,434.12 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00           0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*